# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            CIVIL 07 - 1028-02 (PGS)

    v.                                                         O R D E R

Reginald Merlin
      Defendant.

      It is on this 17th day of July 2008,

      The court finds upon the evidence presented that Reginald Merlin is in violation of the conditions of Supervised Released as imposed by this Court on June 20, 2008. Where upon it is ordered and adjudged that the previously imposed term of Supervised Release is revoked and the offender is hereby committed to the custody of the Marshal Service to begin serving his term of imprisonment.

                                                     Hon. Peter G. Sheridan, USDJ