UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

CRIMINAL NO.
2:07-cr-01028-PGS-2

v.

Reginald Merlin

## ORDER UNSEALING PETITION FOR ACTION

This matter having come before the Court on application of the United States Pretrial Services Agency for an Order unsealing the Petition for Action on Conditions of Pretrial Release; and

It Appearing that Warrant for Arrest has been returned executed; and

It is on this **14th** Day of **August, 2008**, hereby,

ORDERED that Clerk is directed to **UNSEAL** the Petition for Action which was previously filed under seal in this matter.

_____
Peter G. Sheridan
U.S. District Judge