UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-cr-1028 (PGS) |
| V. | : | RECOGNIZANCE NO. NEW3964 |
| | : | ORDER FOR RETURN OF DEPOSIT OF BAIL |
| REGINALD MERLIN | | |
| Defendant | : | |

**RECEIVED**
AUG 21 2012
AT 8:30 ___ M
WILLIAM T. WALSH, CLERK

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of Five Thousand Dollars ($5,000.00) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS _16th_ day of August, 2012,

ORDERED THAT the sum of Five thousand dollars ($5,000.00) so deposited as aforesaid be returned to Alain F. Gervas 630 East 38th Street, Brooklyn, NY 11203, the surety of said recognizance.

Jerome B. Simandle, CHIEF JUDGE
UNITED STATES DISTRICT COURT